United States District Court
Southern District of Texas

**ENTERED**

March 27, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| EFRAN RAHIMZADEH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-154 |
| | § | |
| KRISTI NOEM *et al.* | § | |

**ORDER**

Petitioner's Petition for Writ of Habeas Corpus and Respondents' Motion to Dismiss (Dkt. Nos. 1, 11) are **REFERRED** to United States Magistrate Judge Diana Song Quiroga for a Report and Recommendation. 28 U.S.C. § 636(b)(1).

It is so **ORDERED**.

**SIGNED** March 27, 2026.

Marina Garcia Marmolejo
United States District Judge