United States District Court
Southern District of Texas
**ENTERED**
June 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

ERFAN RAHIMZADEH,               §
    *Petitioner,*              §
                              §
                              §
v.                              §    Civil No. 5:26-cv-00154
                              §
KRISTI NOEM,                    §
TODD LYONS,                     §
MIGUEL VERGARA,                 §
and WARDEN,                     §
    *Respondents.*             §

## ORDER

The Court held a hearing in this matter on May 27, 2026. Due to technical difficulties, Respondents' counsel indicated that he was unable to access his notes regarding any concerns raised under 8 C.F.R. § 241.4(f) during Petitioner's administrative review process. May 27 Hr'g at 10:57. Accordingly, should Respondents wish to supplement the record with this information, Respondents are **ORDERED** to file the appropriate supplement by **June 3, 2026**. Should Petitioner wish to reply, he is **ORDERED** to file his reply by **June 5, 2026**.

IT IS SO ORDERED

Signed this June 2, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge