United States District Court
Southern District of Texas
**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ERFAN RAHIMZADEH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-154 |
| | § | |
| KRISTI NOEM[1] *et al.* | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred Petitioner's Writ of Habeas Corpus and Respondents' Motion to Dismiss to United States Magistrate Judge Diana Song Quiroga for a Report and Recommendation (Dkt. No. 14). After holding a hearing, Judge Song Quiroga found that Petitioner met his burden under the *Zadvydas v. Davis*, 533 U.S. 678 (2001) framework to demonstrate that his removal was not reasonably foreseeable, and that Respondents failed to rebut that showing (Dkt. No. 20 at 7–10). Judge Song Quiroga contemplated the breakdown in diplomatic relations with the United States and Iran, finding they provide an independent barrier to Petitioner's repatriation to Iran (Dkt. No. 20 at 9). Finally, Judge Song Quiroga highlights that Petitioner's only criminal history relates to his illegal entry conviction (Dkt. No. 20 at 10). Considering all factors, Judge Song Quiroga recommends Petitioner's release (Dkt. No. 20 at 11). The fourteen-day objection period has lapsed, and no party objected to this recommendation. *See* 28 U.S.C. § 636(b)(1).

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the Report and Recommendation for clear error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Markwayne Mullin is automatically substituted for Respondent Kristi Noem in this case. David Venturella is substituted for Respondent Todd Lyons under this same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

1

*States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Finding none, the Court hereby **ADOPTS IN WHOLE** Judge Song Quiroga's Report and Recommendation (Dkt. No. 20).

Accordingly, Petitioner's Writ of Habeas Corpus is **GRANTED** (Dkt. No. 1). Respondents' Motion to Dismiss is **DENIED** (Dkt. No. 11).

Respondents are **ORDERED** to **RELEASE** Petitioner from custody to a public place **no later than 5:00 p.m. on July 13, 2026**. Petitioner's release is subject to 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5.

Respondents are **ORDERED** to **NOTIFY** Petitioner's counsel of the exact location and exact time of his release as soon as practicable and **no less than two hours before his release**. The parties are **ORDERED** to file a Joint Status Report **no later than 5:00 p.m. on July 15, 2026**, confirming that Petitioner has been released.

It is so **ORDERED**.

**SIGNED** July 9, 2026.

Marina Garcia Marmolejo
United States District Judge

2